# EXHIBIT 1

# Election Information

## Political Parties in Wyoming

### Major Parties

## Republican Party

**State Republican Headquarters**
1714 Capitol Avenue, Cheyenne, WY 82001
P.O. Box 984, Cheyenne, WY 82003
Ph. 307.234.9166
Email: **ExecDir@Wyoming.GOP**
**Website**

**Bylaws**

*Office hours are by appointment only.*

**Chairperson:** Bryan E Miller
Ph. 307.772.1077
Email: **Chairman@Wyoming.gop**

**Executive Director:** Kathy Russell
Ph. 307.234.9166
Email: **ExecDir@Wyoming.gop**

**National Republican Headquarters**
Ph. 202.863.8500
**Website**

## Democratic Party

**Wyoming Democratic Party**
1603 Capitol Avenue, Cheyenne, WY 82001
P.O. Box 1972, Cheyenne, WY 82003
Ph. 307.514.3551
Email: **info@wyodems.org**
**Website**

**Bylaws**

**Chairperson:** Lucas Fralick
Email: **Lucas@wyodems.org**

**Executive Director:** Scott Merrifield
Email: **Scott@wyodems.org**

**National Democratic Headquarters**
Ph. 202.863.8000
**Website**

# Minor Parties

# Libertarian Party

**State Libertarian Headquarters**
2201 Davis Lane, Riverton, WY 82501
Ph. 307.240.96.22
Email: **info@lpwy.org**

**Chairperson:** Shawn Johnson

**Secretary:** Jared Baldes

**National Libertarian Headquarters**
Ph. 202.333.0008
**Website**

# Constitution Party

**Wyoming Constitution Party**
P.O. Box 15, Hartville, WY 82215

**Chairperson:** Joshua Shimkus
605 Pleasant Valley Trail
Cheyenne, Wyoming 82007
Ph. 307.286.2654
Email: **joshua.shimkus@icloud.com**
**Website**

**National Constitution Headquarters**
Ph. 800.283.8647
**Website**

## Provisional Parties

*There are currently no provisional parties in Wyoming.*

## Petitioning Information

Any group of persons desiring to form a new political party within Wyoming must file a petition with the secretary of state not later than May 1 in any general election year in which the party seeks to qualify for the general election ballot.

**For 2025-2026, the petition must contain the valid signatures of 5,263 registered voters.**

**Petitions forms and instruction can be found by following this link to the Forms portion of this site.**

## Current petitions approved for circulation in accordance with W.S. 22-4-402(b):

**America Political Party**
Chairperson: Kenneth Baker
Ph. (720) 306-1098
Email: **theamericapartynew@gmail.com**

© 2025 Wyoming Secretary of State's Office. All Rights Reserved.