EXHIBIT 2



Donate ❤️

**FEATURED TOP STORY**

# WY Freedom PAC returns $25K donation to Crook County GOP after Driskill files complaint

*State law prohibits political party funds from being used to help nominate one candidate over another of the same party in a primary election.*



by **Maggie Mullen**
August 8, 2024



The Crook County Courthouse in Sundance, Wyoming is pictured. (Charles W. Chapman/Wikimedia Commons)

The political action committee affiliated with the hard-line Republican Wyoming Freedom Caucus announced late Thursday it returned thousands of dollars to the Crook County GOP after the Wyoming Senate president alleged the donation was illegal in a complaint he filed last week.

"While we are immensely grateful for the Crook County Republican Party's commitment to the liberty movement, no amount of support is worth a politically motivated prosecution for the sake of another headline meant to deride conservatives," WY Freedom PAC Chairman Kari Drost wrote in an **op-ed** sent to Wyoming media outlets.

The Crook County Republican Party donated $25,000 to the PAC on June 11, according to the PAC's August campaign finance **report**, which was filed Thursday. The PAC returned the donation on Tuesday, according to the report.

Amid an election season defined by angst over political advertisements and what critics say is dirty campaigning, the donation raised eyebrows.

"Political party funds," according to state statute, cannot be used "directly or indirectly in the aid of the nomination of one person against another person of the same political party running in the primary election."

Senate President Ogden Driskill (R-Devils Tower) referenced the statute in his complaint Saturday to the Wyoming Secretary of State's.

"The statute is very clear on its intent," Driskill wrote in a **letter** attached to the complaint.



Senate President Ogden Driskill (R-Devils Tower) addresses the Wyoming Senate on Feb. 12, 2024. (Ashton J. Hacke/WyoFile)

"Whether giving directly to a candidate or to a PAC -whose stated goal is to pit republicans against republicans (sic), it is clear that the donation goes against the statute," Driskill wrote.

"I would further request that the Secretary of State refer this matter directly to the Attorney General due to a conflict of [interest]," Driskill wrote in the **complaint**.

Joe Rubino, general counsel for the secretary of state's office, is married to Jessie Rubino, the **state director** for the Wyoming Freedom Caucus.

Secretary of State Chuck Gray confirmed to WyoFile that the complaint had been forwarded to the attorney general's office, but said Driskill's request to do so suggested "that an employee's spouse cannot have a career of her own, with her beliefs and opinions, which would be a very sexist assertion."

It's now up to the attorney general to evaluate the complaint.

## WY Freedom PAC

The WY Freedom PAC — which sometimes goes by Wyoming Freedom PAC — launched in 2023 to support members of the Wyoming Freedom Caucus.

The caucus is **aiming to take a majority** in the Wyoming House this election, and the PAC's main contribution to that effort this summer has come in the form of mailers. Since late July, the PAC has spent more than $93,000 on printing and postage, according to its campaign finance report.

But that's not been without controversy.

The Wyoming Legislature has never voted on whether to remove former President Donald Trump from any ballot, but the PAC sent **mailers** to voters that say otherwise.

Since then, Fremont County lawmakers targeted by the false mailers have sent a cease-and-desist letter.

"Please be advised that if you refuse to cease making these false statements, continue to send out these mailers and continue to allow your members and surrogates to make these false statements, we will unfortunately be left with no choice but to take all action allowed by law to ensure that your organization ceases in making its malicious and patently false statements that have damaged Mr. Larsen's and Ms. Oakley's reputations," Jeff Stanbury, an attorney for Reps. Lloyd Larsen (R-Lander) and Ember Oakley (R-Riverton), wrote in a July 30 **letter** to the PAC.

Other targeted lawmakers have already taken such legal action.

Reps. J.T. Larson (R-Rock Springs) and Cody Wylie (R-Rock Springs) filed a **defamation suit** in July after they were targeted by the mailers.

## Donation complaint

The PAC's chairman, Kari Drost, previously told WyoFile the Sweetwater County suit was "lawfare."

She reiterated the position in her op-ed Thursday.

"Like President Trump, Wyoming conservatives have found themselves the target of unprecedented weaponization of the legal system- the Left's only remaining tool in their fight to maintain control," Drost wrote. "Frivolous lawsuits, faulty cease and desist letters, and open threats of political prosecution are new in Wyoming politics."

Secretary of State Chuck Gray exits the House of Representatives on the opening day of the 2024 legislative session. (Ashton J. Hacke/WyoFile)

Meanwhile, Sen. Driskill told WyoFile he wished the secretary of state's office would have looked into the matter of the donation as soon as it was reported in the press in late July.

"I shouldn't have to stick my neck out and file a complaint," Driskill said.

"But this is serious business," Driskill said, adding that he was disappointed that the secretary of state's office didn't take things more seriously at the Joint Corporations, Elections and Political Subdivisions **meeting last week** when lawmakers pressed him — and one another — for solutions.

Gray pushed back on that characterization.

"Senator Driskill's false attacks on my integrity are inappropriate and defamatory," Gray told WyoFile in an email. "It's deeply disturbing because with his wrong and defamatory accusations, Senator Driskill is doing the very thing that he is accusing the Freedom Caucus of doing."

The primary is Aug. 20. Early voting is now underway.

*To learn more about Wyoming candidates for federal and legislative races check out* *WyoFile's 2024 Election Guide*.

**RELATED**

**Lawmakers press one another, secretary of state, for solutions to misleading mailers**

**Lawmakers sue Wyoming Freedom PAC over Trump-ballot mailers**