EXHIBIT 3

# Bylaws

## of the
## Wyoming Republican Party



# 2026

As adopted by the Wyoming Republican Party Convention
Saturday, April 25th, 2026
Douglas, Wyoming

# Table of Contents

**PREAMBLE** ...................................................................................................................................................................... 1

**ARTICLE I • THE WYOMING REPUBLICAN PARTY** ................................................................................................ 1

    I SECTION 1. MEMBERSHIP. .................................................................................................................................................. 1

    I SECTION 2. GOVERNANCE. ................................................................................................................................................. 1

    I SECTION 3. ROLE. ............................................................................................................................................................... 1

    I SECTION 4. CANDIDATE ENDORSEMENT & FINANCIAL SOVEREIGNTY. .................................................................... 1

**ARTICLE II • PROCEDURE AND DEFINITIONS** ...................................................................................................... 1

    II SECTION 1. PARLIAMENTARY AUTHORITY. .................................................................................................................. 1

    II SECTION 2. DISPUTE RESOLUTION PROCESS. ............................................................................................................... 2

    II SECTION 3. GENDER REFERENCE. .................................................................................................................................. 4

    II SECTION 4. TELLERS. ....................................................................................................................................................... 4

    II SECTION 5. CASTING LOTS. ............................................................................................................................................. 4

    II SECTION 6. VOTING METHOD. ........................................................................................................................................ 4

    II SECTION 7. PROXY. .......................................................................................................................................................... 4

    II SECTION 8. PLATFORM. ................................................................................................................................................... 4

    II SECTION 9. RESOLUTION. ................................................................................................................................................ 5

    II SECTION 10. SUBSTANTIALLY UPHOLD. ........................................................................................................................ 5

    II SECTION 11. ABSENT. ...................................................................................................................................................... 5

    II SECTION 12. DECLARED EMERGENCIES. ....................................................................................................................... 5

    II SECTION 13. WYOMING GENERAL RULES FOR CANDIDATES. ...................................................................................... 5

    II SECTION 14. FORMAL ENDORSEMENT PROCESS. . ....................................................................................................... 6

**ARTICLE III • COUNTY CENTRAL COMMITTEES** ................................................................................................. 7

    III SECTION 1. MEMBERSHIP. ............................................................................................................................................. 7

    III SECTION 2. MEETINGS. ................................................................................................................................................... 8

    III SECTION 3. POWERS. ...................................................................................................................................................... 8

    III SECTION 4. QUORUM. ..................................................................................................................................................... 8

    III SECTION 5. COUNTY PARTY VACANCIES. ..................................................................................................................... 9

    III SECTION 6. OFFICERS AND TERMS OF OFFICE. ............................................................................................................ 9

    III SECTION 7. DUTIES OF OFFICERS. ............................................................................................................................... 10

    III SECTION 8. COUNTY COMMITTEES AND EXECUTIVE COMMITTEE. ........................................................................ 10

    III SECTION 9. VOTING. ..................................................................................................................................................... 11

    III SECTION 10. CONDUCT OF COUNTY CENTRAL COMMITTEE MEETINGS. ............................................................... 11

    III SECTION 11. PROXY VOTES. ........................................................................................................................................ 12

    III SECTION 12. COUNTY SHARES. ................................................................................................................................... 12

    III SECTION 13. COUNTY PARTY ADOPTION. ................................................................................................................. 12

**ARTICLE IV • COUNTY CONVENTION** .................................................................................................................. 13

    IV SECTION 1. MEMBERSHIP. ........................................................................................................................................... 13

    IV SECTION 2. PRECINCT CAUCUS. .................................................................................................................................. 13

    IV SECTION 3. APPORTIONMENT OF PRECINCT DELEGATES TO COUNTY CONVENTION. ........................................... 13

    IV SECTION 4. CONDUCT OF PRECINCT CAUCUSES. ...................................................................................................... 14

    IV SECTION 5. MEETING. ................................................................................................................................................... 14

    IV SECTION 6. NOTICE OF MEETING. ............................................................................................................................... 14

    IV SECTION 7. POWERS. .................................................................................................................................................... 14

    IV SECTION 8. CONDUCT OF COUNTY CONVENTION. ..................................................................................................... 14

    IV SECTION 9. COMMITTEES. ........................................................................................................................................... 15

    IV SECTION 10. ORDER OF BUSINESS. ............................................................................................................................. 16

    IV SECTION 11. ELECTION OF DELEGATES TO THE STATE CONVENTION. .................................................................... 16

IV SECTION 12. ROLL CALL VOTES............................................................................................................................ 17

**ARTICLE V • STATE CENTRAL COMMITTEE** ........................................................................................................**17**

V SECTION 1. MEMBERSHIP. .................................................................................................................................... 17
V SECTION 2. MEETINGS........................................................................................................................................... 18
V SECTION 3. PROCEDURE FOR ELECTION OF STATE PARTY OFFICERS. ................................................................ 18
V SECTION 4. POWERS. ............................................................................................................................................. 19
V SECTION 5. QUORUM............................................................................................................................................. 19
V SECTION 6. PROXY VOTES. .................................................................................................................................... 19
V SECTION 7. STATE PARTY OFFICER VACANCIES. .................................................................................................. 19
V SECTION 8. OFFICERS............................................................................................................................................. 19
V SECTION 9. DUTIES OF OFFICERS.......................................................................................................................... 20
V SECTION 10. EXECUTIVE COMMITTEE. ................................................................................................................. 21
V SECTION 11. BUDGET AND AUDIT COMMITTEE. .................................................................................................. 22
V SECTION 12. SITE SELECTION COMMITTEE. ......................................................................................................... 22
V SECTION 13. OTHER COMMITTEES. ...................................................................................................................... 23
V SECTION 14. COMMITTEE GOVERNANCE.............................................................................................................. 23
V SECTION 15. PRESIDENTIAL STRAW POLL. ........................................................................................................... 23
V SECTION 16. EXECUTIVE DIRECTOR AND EMPLOYEES OF THE STATE REPUBLICAN PARTY............................ 23

**ARTICLE VI • STATE CONVENTION**.......................................................................................................................**23**

VI SECTION 1. CONVENTION AND CALL. .................................................................................................................. 23
VI SECTION 2. MEMBERSHIP..................................................................................................................................... 24
VI SECTION 4. POWERS. ............................................................................................................................................ 24
VI SECTION 5. CERTIFICATION OF PRESIDENTIAL ELECTORS AND STATE PARTY OFFICERS............................... 25
VI SECTION 6. QUORUM. ........................................................................................................................................... 25
VI SECTION 7. COMMITTEES. .................................................................................................................................... 25
VI SECTION 8. MEETINGS LOCATION........................................................................................................................ 26
VI SECTION 9. NOTIFICATION OF COMMITTEE MEMBERS. ..................................................................................... 26
VI SECTION 10. APPOINTMENT OF STATE CONVENTION COMMITTEE CHAIRMAN. .............................................. 26
VI SECTION 11. NATIONAL DELEGATES AND ALTERNATES. .................................................................................... 26
VI SECTION 12. NATIONAL COMMITTEEMAN AND COMMITTEEWOMAN............................................................... 27
VI SECTION 13. ORDER OF BUSINESS....................................................................................................................... 27
VI SECTION 14. ROLL CALL VOTES. .......................................................................................................................... 28

**ARTICLE VII • RATIFICATION AND AMENDMENTS** ............................................................................................**28**

VII SECTION 1. RATIFICATION. ................................................................................................................................. 28
VII SECTION 2. AMENDMENTS.................................................................................................................................. 28

**ARTICLE VIII • SEVERABILITY** ..............................................................................................................................**28**

**ARTICLE IX • CERTIFICATION**................................................................................................................................**29**

# Preamble

The Wyoming Republican Party is a private, voluntary association of its members, exercising rights of free speech and association protected by the First and Fourteenth Amendments to the United States Constitution. Pursuant to the Supremacy Clause of the U.S. Constitution (Art. VI, Cl. 2) the Party possesses the absolute and exclusive right to determine its own leadership, define its own organizational structure, select its standard-bearers, and articulate its own message. These Bylaws, as adopted and amended by the members of the Party, shall be the sole and final authority for all Party governance.

# Article I • The Wyoming Republican Party

**I Section 1. Membership.** The Wyoming Republican Party shall be composed of all registered Republicans in the State of Wyoming. The County Central Committees and the State Central Committee shall be composed of such members, selected in such a manner, as the Party shall determine in these Bylaws.

**I Section 2. Governance.**

  **I 2.1.** The Delegates at the State Convention of the Wyoming Republican Party shall be the governing body of the Party. At all other times the State Central Committee shall be the governing body.

  **I 2.2.** At no time will any body of the Wyoming Republican Party meet in any venue that denies the individual the rights guaranteed by the 2nd Amendment of the US Constitution and Article 1, Section 24 of the Wyoming Constitution.

**I Section 3. Role.** The role of the Wyoming Republican Party is: to recruit citizens to join the Republican Party; to establish the Platform of the Wyoming Republican Party; to achieve the election of Republican candidates who substantially uphold the platform of the Wyoming Republican Party and to conduct the business of the Wyoming Republican Party; and promote-advocate for Republican Platform principles in our communities and Electeds.

**I Section 4. Candidate Endorsement & Financial Sovereignty.** The Wyoming Republican Party, through its State and County Central Committees, reserves the absolute First Amendment right to endorse, support, oppose, and provide financial assistance to candidates of it's choosing at any point in the election cycle, including prior to a primary election. The Party's decisions regarding the use of its private funds and the content of its political speech are core associational activities. Any state law or administrative rule purporting to limit, restrict, or prohibit this private advocacy is hereby declared unconstitutional and void.

# Article II • Procedure and Definitions

**II Section 1. Parliamentary Authority.** The rules contained in the current edition of Robert's Rules of Order Newly Revised shall govern the Wyoming Republican Party in all cases to which they are applicable

and in which they are not inconsistent with these bylaws and any special rules of order the Wyoming Republican Party may adopt.

**II Section 2. Dispute Resolution Process.** The Wyoming Republican Party hereby ratifies the Special Rules Related to Dispute Resolution Process adopted by the State Central Committee at its January 2022 meeting and hereby incorporates the same, with amendments, into its Bylaws as follows:

  **II 2.1.** Applicability and Preliminary Review. In the event of a dispute involving any of the following person or entities, the matter shall first be submitted to the Investigation Committee for preliminary review and disposition as appropriate. Any dispute or portion of a dispute that remains unresolved, or that the Investigation Committee determines is appropriate for alternative resolution, shall then be referred to the Dispute Resolution Committee in accordance with the procedures set forth.

    **II 2.1.a.** Wyoming Republican Party and one or more State Central Committee members, unless that dispute has been or will be referred to the Investigation Committee; or

    **II 2.1.b.** Wyoming Republican Party and one or more County Central Committees; or

    **II 2.1.c.** Any two or more Republican Party entities or members or delegates of those entities, whether they be County or State entities, a Central Committee or Convention.

    **II 2.1.d.** No party may bring a dispute before the State Party without standing. Standing shall be defined as a condition wherein the disputing party can show connection to, and demonstrate actual harm from, the action in dispute.

**II 2.2.** Negotiation. In the event of any dispute arising among any two or more of the parties described above, the parties shall use their best efforts to settle the dispute by direct negotiations between the parties, either before or concurrently with preliminary review by the Investigation Committee.

**II 2.3.** Mediation. If the dispute is not settled promptly through negotiation, the parties shall submit the dispute to the Dispute Resolution Committee. The Dispute Resolution Committee shall consist of no less than five (5), nor more than nine (9), members of the Wyoming Republican Party's State Central Committee from different counties appointed by the State Chairman and ratified by a majority of the State Central Committee.

    **II 2.3.a.** If the Investigation Committee determines that the matter warrants further resolution and the dispute has not been settled through negotiation, the matter shall be referred to the Dispute Resolution Committee for recommendation.

  **II 2.4.** Arbitration Proceedings and Recommendation. If mediation before the Dispute Resolution Committee does not resolve the dispute, the Dispute Resolution Committee shall conduct arbitration proceedings in an informal, non-trial format, not consistent with the Federal Arbitration Act and shall prepare a written recommendation setting forth its findings of fact and proposed resolution. All parties shall be given the opportunity to be represented at the proceedings.

  **II 2.5.** Final Determination by the State Central Committee. The written recommendation of the Dispute Resolution Committee shall be submitted to the State Central Committee in Executive Session. After review and deliberation, the State Central Committee shall adopt, modify, or reject the recommendation

2

and shall issue the final and binding decision of the Wyoming Republican Party on the matter. This decision shall constitute the full, final, and unappealable judgment of the Party.

**II 2.6.** <u>Confidentiality</u>. All parties and witnesses during any and all proceedings of the Dispute Resolution Committee agree to keep confidential all information provided and shall be required to sign the SCC's Confidentiality Agreement before participating in any Dispute Resolution Committee proceedings. Failure to keep information confidential or to abide by the agreement shall be disciplined by the SCC and/or may be referred to the Investigation Committee. Further, all documents and other information submitted to the Dispute Resolution Committee, including any transcript of the proceedings, shall be confidential and shall not be disclosed to anyone other than the parties and The State Central Committee in Executive Session. Any modifications to the SCC Confidentiality Agreement must be expressly noticed to all parties and initialed by all parties to be valid.

**II 2.7.** <u>Fees</u>. The parties to the dispute shall each pay the Wyoming Republican Party for their proportionate share of the travel expenses and fees of the Dispute Resolution Committee members incurred associated with all meetings and proceedings of the Dispute Resolution Committee but shall otherwise bear their own expenses.

**II 2.8.** <u>Representation</u>.  In accordance with Robert's Rules of Order, Newly Revised (RONR), any party may be represented before the Dispute Resolution Committee by any one member of the State Central Committee, subject to the SCC Confidentiality Agreement, whether or not that member is an attorney, as permitted by RONR. No person who is not a current member of the State Central Committee may appear as an attorney or other representative for any party during Dispute Resolution Committee proceedings.

**II 2.9.** <u>Committee Counsel</u>. The Dispute Resolution Committee may, at its discretion, consult with Wyoming Republican Party's legal counsel and the current Wyoming Republican Party's Parliamentarians to assist in determining any procedural or legal issues related to the dispute.

**II 2.10.** <u>RONR</u>. In resolving the dispute and holding a non-trial type hearing for mediation or arbitration, the Dispute Resolution Committee shall follow the edition of Robert's Rules of Order, Newly Revised, in effect at the time the matter is first referred to the Dispute Resolution Committee.

**II 2.11.** <u>Scheduling</u>. The Chairman of the Dispute Resolution Committee, in his sole discretion, shall advise the parties as to a proposed schedule for resolving the dispute mediation and arbitration, advise the parties whether it wishes to receive briefs, set dates for the providing of witness information and copies of potential exhibits to opposing parties and the committee, and set the date of mediation and arbitration hearing on the matter. The mediation and arbitration hearings shall not be a formal trial-type hearing format and may be handled in such fashion as the Dispute Resolution Committee shall determine, in its discretion.

**II 2.12.** <u>Severability</u>. If any portion of this dispute resolution process shall be determined to be unenforceable by a court of competent jurisdiction, said portion shall be disregarded without affecting any other provision of this dispute resolution process. The remaining portion shall continue to be in full force and effect.

3

**II 2.13.** Judicial Recognition. The final decision of the State Central Committee in Executive Session, issued pursuant to this Section, may, at the discretion of the State Central Committee, be entered as a final judgment upon petition to any court having jurisdiction thereof.

**II 2.14.** Exclusive Remedy and Constitutional Rights. The procedures set forth in this Section shall constitute the sole and exclusive remedy for disputes among the persons and entities described herein. Any party who files an action in court in violation of this dispute resolution process shall indemnify the opposing party for reasonable costs and attorney fees incurred in obtaining a dismissal of, or otherwise defending against, such action. As to any legal or equitable action filed after the effective date of this dispute resolution process, the Wyoming Republican Party and the parties to the dispute reaffirm and reassert their rights under the First and Fourteenth Amendments to the Constitution of the United States to resolve internal political party disputes within the Party without interference from any court or from any state or federal governmental entity. The parties shall move any such court to dismiss the action and shall refer the dispute to the procedures provided herein.

**II Section 3. Gender Reference.** The use of the masculine shall be deemed to include the feminine gender.

**II Section 4. Tellers.** At least two (2) tellers shall be appointed by the Chairman of a meeting or convention for all forms of voting herein requiring a count of individual votes.

**II Section 5. Casting Lots.** Whenever the term "casting lots" appears in these bylaws, it means the flipping of coins or the drawing of names to determine the outcome of a vote.

**II Section 6. Voting Method.** The unit rule method of voting is defined as:

**II 6.1.** Permitting a delegate to vote on an issue on behalf of other delegate; or,

**II 6.2.** Binding a delegate to vote in any particular manner; or,

**II 6.3.** Any device which would cast a vote to the delegation as a block rather than pursuant to the wishes of the individual delegates.

**II Section 7. Proxy.** The term proxy as used in these Bylaws shall require a written document, bearing the signature of the qualified voter, specifying the identity of the authorized substitute voter and the specific meeting at which the substitution is authorized.

**II 7.1.** A proxy shall be presented in proper form to the presiding officer prior to the commencement of the meeting at which it is to be exercised. The proper form shall be in original or electronic form.

**II 7.2.** A duly authorized proxy shall confer upon the substitute voter the full authority of the absent member to make motions, debate, and vote on all questions properly before the meeting for which the proxy is granted. Proxies shall have no authority to exercise any other rights or privileges of membership.

**II 7.3.** Proxies shall not be used in executive session, at any convention, or in any election for officers, vetting or endorsement, delegates, or other positions.

**II Section 8. Platform.** A Platform is the declared policy of a political party and consists of timeless and enduring constitutional conservative principles.

4

**II Section 9. Resolution.** A Resolution is defined as a timely, formal expression of opinion, intent, call to action, or an expression of firmness of purpose.

**II 9.1.** Any proposed resolutions shall be submitted to the secretary in electronic writing 7 days before regularly scheduled State Central Committee meetings. The secretary shall forward any proposed resolutions to the State Central Committee via email at least 5 days before the meetings.

**II 9.2.** Subject to the approval of the chairman or two-thirds (2/3rds) of the State Central Committee members present at the time of a meeting, a resolution not meeting the time requirement above may be moved, but every resolution shall be submitted in electronic form to the secretary before a meeting is called to order

**II 9.3.** Upon passage of resolutions, the party administration shall post updated resolutions within two weeks of passage.

**II Section 10. Substantially Uphold.** The term "substantially uphold" as used in these bylaws shall be defined as an office holder having a voting record of at least 80% in support of Wyoming Republican Party Platform related legislation or, a challenger to have signed a pledge to support the Wyoming Republican Party Platform-related legislation. Failure to support or commit to support the Wyoming Party Platform shall negate a candidate or elected official from receiving party endorsement, or support, financial or otherwise, at any time, from any level of the party.

**II Section 11. Absent.** The term "absent" shall apply to any member of the Central Committee who does not attend a meeting and fails to provide prior notice to the Chairman in written or electronic form. Any person providing proper notice shall be considered excused.

**II Section 12. Declared Emergencies.** In the event of a declared Federal or State Emergency, all meetings and conventions may be conducted via electronic means in which all participants can simultaneously hear each other and have the opportunity for recognition similar to a regular in-person meeting. Any requirements for ballot votes may be waived, votes may be conducted via email vote or other electronic means as determined by the meeting. Other allowances for electronic meetings may be allowed elsewhere in these rules. Any conflicting language in the rules shall defer to this rule.

**II Section 13. Wyoming General Rules for Candidates.**

**II 13.1.** Candidate Platform Review. The Republican Party of Wyoming shall make an electronic copy of the most recent Platform available on its website. The County or State Chairman shall distribute a copy of the Platform to each candidate along with all other candidate application papers. The County or State Chairman shall request each non-judicial candidate to indicate whether the candidate agrees, disagrees, or is undecided for each bullet point item of the Party Principles included in the Preamble of the Platform and may include comments if desired. The County or State Chairman shall also request that each non-judicial candidate read the entire Platform and indicate at least eighty percent (80%) of line items from the Platform that the candidate strongly supports. All candidates for non-judicial offices should file the completed Platform Review containing the candidate's responses at the time of filing for office. Candidates' responses shall be collected and recorded by the appropriate State or County Party and may be published on the appropriate State or County Party's website prior to the primary. If the appropriate

5

State or County party has no website, a copy of the candidate's responses may be received from the appropriate State or County party.

**II 13.2.a.** A candidate must return the candidate's completed Platform Review and the completed Party funding application to be eligible to receive funds from the State or County Party.

**II 13.2.** <u>Candidate Vetting Criteria.</u> The Party shall establish objective criteria for vetting Republican candidates seeking Party nomination or endorsement. Criteria shall include but are not limited to: commitment to the Wyoming Republican Party Platform, demonstrated loyalty to the Party's principles, legal eligibility to hold office, and for incumbents, their voting record.

**II 13.3.** <u>Vetting Procedures.</u> The State and County Central Committee shall each create and oversee a Candidate Vetting Committee empowered to review and recommend approval or disapproval of candidates based on established criteria. The Committee shall provide candidates an opportunity to respond to concerns prior to issuing a recommendation.

**II 13.3.a.** State Central Committee shall vet the top 5 elected officials and the Congressional Delegation.

**II 13.3.b.** County Central Committees may vet all other races on their respective County Ballots.

**II 13.4.** <u>Public Notification</u>. The Party shall publicly communicate its endorsed candidates and any disciplinary actions undertaken, ensuring transparency to Party members and the electorate.

**II Section 14. Formal Endorsement Process.** The Wyoming Republican Party, through its State and County Central Committees, reserves the absolute First Amendment right to endorse, support, oppose, and provide financial assistance to candidates of its choosing at any point in the election cycle, including prior to a primary election. The Party's decisions regarding the use of its private funds and the content of its political speech are core associational activities. Any state law or administrative rule purporting to limit, restrict, or prohibit this private advocacy is hereby declared unconstitutional and void.

**II 14.1.** <u>Authority for Endorsements</u>. Only the State Central Committee shall have authority to endorse statewide and Federal Republican candidates and County Central Committees shall have the authority to endorse candidates for public office in their counties.

**II 14.2.** <u>Timing and Eligibility</u>. An endorsement may only be considered for candidates who have filed for a partisan office and are opposed in the Republican primary.

**II 14.3.** <u>Voting Threshold</u>. Endorsements require a majority affirmative vote of the State or County Central Committee members present and voting.

**II 14.4.** <u>Restrictions on Endorsement Activities</u>. No Party officer, member, or staff shall use Party resources or hold themselves out as official endorsers unless authorized by this process.

**II 14.5.** <u>Enforcement</u>. Any violation of this endorsement policy may subject the individual to disciplinary action, including but not limited to, removal from Party office, by a two-thirds (2/3) vote of a quorum of the members elected or appointed of the State or County Central Committee meeting. State Central Committee members voted to be removed will be referred to their home counties for removal from their respective office.

## Article III • County Central Committees

**III Section 1. <u>Membership</u>.**

**III 1.1.** The Republican Central Committee of each County shall consist of the properly elected or appointed Republican Precinct Committeemen and Committeewomen in a County who shall hold office for a term of two (2) years or until their successors have been properly elected or appointed. Each Precinct shall elect one (1) Committeeman and one (1) Committeewoman for each two hundred fifty (250) votes or major fraction thereof cast for the Republican candidate for U.S. Representative in the last general election, but provided no Precinct shall be entitled to less than one (1) Precinct Committeeman and one (1) Precinct Committeewoman. Duly elected officers shall be considered Members of the County Central Committee for all purposes through the end of their term, or until their successor is elected, or appointed and ratified.

**III 1.2.** Precinct Committeemen and Committeewomen shall be electors registered in the Republican Party and reside in the precinct.

**III 1.2.a.** To be a Precinct Committeewoman, an individual must be a female. Defined as: "Female" - a person whose biological reproductive system is developed to produce ova and/or who exhibits XX chromosomes and does not exhibit a Y chromosome.

**III 1.2.b.** To be a Precinct Committeeman, an individual must be a male. Defined as: "Male" - a person whose biological reproductive system is developed to fertilize the ova of a female and/or who exhibits XY chromosomes or exhibits a Y chromosome.

**III 1.3.** If a Precinct Boundary line is changed for any reason the County Commissioners shall determine the number of Precinct Committeemen and Committeewomen to which the affected Precinct is entitled.

**III 1.4.** All County Central Committee members in office on the date that notice of a County Central Committee meeting is published shall be allowed to vote at the meeting.

**III 1.5.** The term of office for all Precinct Committeemen and Committeewomen shall be two (2) years and shall begin on the first Monday in January of the year following their election.

**III 1.6.** All elected officers in the positions of Chairman, Vice Chairman, State Committeeman,

State Committeewoman, Secretary, and Treasurer shall be permitted to vote as full members of the County Central Committee if they are not Precinct Committee Representatives. No person may vote more than once with the exception of proxy votes regardless of how many positions they hold. The chair may vote on all matters decided by a secret ballot vote or in cases where his vote will alter the outcome.

**III 1.6.a.** Any person running for Chairman, Vice Chairman, State Committeeman, State Committeewoman, Secretary or Treasurer shall be a registered Republican of January 1 of the odd number years before their election and a resident of the County.

**III 1.7.** The County Central Committees shall be composed of such members, selected in such a manner as the Party shall determine in these Bylaws. The Party is not bound by any state statutory formula for committee composition, apportionment, or member qualifications.

**III Section 2. Meetings.** The County Central Committee of each county shall meet as follows:

**III 2.1.** During the month of January of each odd numbered year after the County Chairman has received notice from the County Clerk that all of the County Central Committee members have been certified elected, for the purpose of organization. The meeting shall be held at the time and place determined by the County Chairman.

**III 2.2.** During the month of March of each odd numbered year at the County seat to elect its officers. The County Chairman shall publish a notice of the March meeting of the Central Committee not less than ten (10) days before this meeting.

**III 2.3.** Not less than once a fiscal quarter to conduct regular business of the County in addition to any other times and places as may be determined by the County Chairman or the County Executive Committee.

**III 2.3.a.** The County Chairman shall publish a notice of all other meetings of the County Central Committee in accordance with State Statute.

**III 2.3.b.** Meetings of the County Central Committee may be called by the County Chairman or upon written request of twenty five percent (25%) of the County Central Committee members.

**III 2.3.c.** In the event of a declared Federal or State Emergency, all meetings and conventions may be conducted via electronic means in which all participants can simultaneously hear each other and have the opportunity for recognition similar to a regular in-person meeting. Any requirements for ballot votes may be waived, votes may be conducted via email vote or other electronic means as determined by the meeting. Other allowances for electronic meetings may be allowed elsewhere in these rules. Any conflicting language in the rules shall defer to this rule.

**III 2.3.d.** The County Executive Committee may decide that any meeting of the County Central Committee may be held by video or telephone conference in the event of a declared County or State Emergency. County Central Committee meetings may permit member attendance by video or telephone conference for reasons of distance, disability, or weather.

**III 2.4.** All meetings must be open to the public, except for provisions of executive session in the Parliamentary Authority.

**III Section 3. Powers.** The County Central Committee shall exercise those powers conferred upon it by law and State and County Bylaws. The County Central Committee is empowered to determine policy, to make rules, to settle disputes, and to perform all functions necessary to further and protect the interests of the Wyoming Republican Party as determined by the delegates seated at the State Convention, the party platform, or by the members of the State Central Committee whenever the Convention is not in session.

**III Section 4. Quorum.** Those members of the County Central Committee attending either in person or by proxy, a properly called meeting of the County Central Committee shall constitute a quorum and be entitled to vote on the issues before the assembly.

**III Section 5. County Party Vacancies.**

**III 5.1.** A vacancy in the County Central Committee or among its officers shall occur in case of death, resignation, removal of residence from the Precinct or County, inability to act, change of party affiliation, conviction of a felony, loss of registration as a member of the electorate, vacation of seat, failure to elect at a regularly scheduled election, or to fulfill the standard obligations of a Precinct Committeeperson as determined by the County Central Committee. If a member loses their voter registration due to a routine purge, the County Chairman may encourage them to re-register immediately without forfeiting their position.

**III 5.2.** Unless otherwise provided by County Bylaws, when a Precinct Person absents himself without a notice to the County Chairman or his designee from three (3) meetings in a 365 day period that person shall be considered to have vacated his seat at the conclusion of the third meeting with the exception of any special meetings called in accordance with section Article lll section 2.3.b of these bylaws.

**III 5.3.** A vacancy in the office of Precinct Committeeman or Precinct Committeewoman shall be filled by appointment of a registered Republican resident in the Precinct in which the vacancy exists. This appointment is made by the County Executive Committee or as provided by the County Bylaws. Such appointments shall be put before the next meeting of the County Central Committee for ratification. The replacements shall serve until the next regular election for Precinct Committeeman or Precinct Committeewoman and shall be entitled to vote on all issues coming before the County Central Committee.

**III 5.4.** The County Chairman shall submit the name of the new Precinct Person to the State Party and the County Clerk within fifteen (15) days of their appointment.

**III 5.5.** Unless otherwise provided by County Bylaws, the Vice Chairman shall become the County Chairman in the event of a vacancy in the office of County Chairman

**III 5.6.** Unless otherwise provided by County Bylaws, the County Central Committee shall elect by secret ballot a successor to fill a vacancy in the office of County Vice Chairman within thirty (30) days of the vacancy.

**III 5.7.** Unless otherwise provided by County Bylaws, the County Central Committee may elect successors to fill vacancies in the office of County Secretary or County Treasurer within thirty (30) days of the vacancy. Such appointment(s) shall be put before the next meeting of the County Central Committee for ratification.

**III 5.8.** A vacancy in the office of State Committeeman or State Committeewoman shall be filled by election by the County Central Committee within thirty (30) days of the vacancy.

**III Section 6. Officers and Terms of Office.**

**III 6.1.** The County Chairman, Vice Chairman, State Committeeman, State Committeewoman, County Secretary and County Treasurer shall be elected as full voting members of the County Central Committee by the members of the County Central Committee at its March meeting in the odd numbered years to serve for a term of two (2) years. The County Chairman shall within 1 week, notify the State Chairman in

writing of the names and addresses and contact information of persons elected to the offices of County Chairman, State Committeeman and State Committeewoman.

**III 6.2.** None of the foregoing officers, committee chairmen or committee members need be members of the County Central Committee, but each must be registered in the Party and a resident in the County.

**III 6.3.** Any County Officer of the County Republican Party may be removed for cause, as determined by the County Central Committee, from their position by a vote of two thirds majority of the County Central Committee represented at a properly called meeting.

## III Section 7. Duties of Officers.

**III 7.1. County Chairman.** In addition to the duties with which he is charged by statute, the County Chairman shall be the chief executive officer of the County Republican Party in his County and shall preside over all meetings of the County Executive Committee, County Convention, and County Central Committee. He shall carry out policies established by the County Central Committee and shall have all general powers of administration customarily vested in the office of Chairman.

**III 7.2. County Vice Chairman.** The County Vice Chairman shall assist the County Chairman in the duties of his office. He shall perform other duties as assigned to him by the County Chairman. He shall perform the duties and exercise the powers of the County Chairman during the County Chairman's absence or disability.

**III 7.3. County Secretary.** The County Secretary shall keep the minutes of all meetings of the County Central Committee, County Convention, and County Executive Committee and shall serve on the County Credentials Committee. Other responsibilities and duties of the County Secretary are outlined in the current edition of Robert's Rules of Order Newly Revised. Minutes shall be provided to any member of the County Central Committee upon request.

**III 7.4. County Treasurer.** The County Treasurer shall be responsible for money received and disbursed by the County Republican Party and shall provide a current report at all regular County Central Committee meetings.

**III 7.5. State Committeeman and State Committeewoman:**

**III 7.5.1.** To be a State Committeewoman, an individual must be a female. Defined as: "Female" - a person whose biological reproductive system is developed to produce ova and/or who exhibits XX chromosomes and does not exhibit a Y chromosome.

**III 7.5.2.** To be a State Committeeman, an individual must be a male. Defined as: "Male" - a person whose biological reproductive system is developed to fertilize the ova of a female and/or who exhibits XY chromosomes or exhibits a Y chromosome.

## III Section 8. County Committees and Executive Committee.

**III 8.1.** Each County Central Committee may select an Executive Committee and other committees and sub-committees as it from time to time may determine as proper, and it may delegate any of its powers to such a committee or subcommittees.

**III 8.2.** The County Executive Committee shall consist of the elected and appointed officers of the County Central Committee and other persons as provided by the County Bylaws. Such appointment(s) shall be put before the next meeting of the County Central Committee for ratification.

**III 8.3.** The County Executive Committee shall have the following powers:

**III 8.3.a.** To fill vacancies in the office of Precinct Committeeman and Precinct Committeewoman, and delegates and alternates to the National Convention unless otherwise provided by the County Bylaws.

**III 8.3.b.** To ratify emergency actions taken by the County Chairman.

**III 8.3.c.** To further and protect the interests of the Wyoming Republican Party as determined by the delegates seated at the State Convention, or as determined by the party platform, or by the members of the State Central Committee whenever the Convention is not in session.

**III Section 9. Voting.**

**III 9.1.** Only properly elected, selected, or appointed and ratified Precinct Committeemen and Precinct Committeewomen, their proxies, and elected officers shall be entitled to vote at Central Committee meetings and shall have full voting powers in elections even though they may not have been elected or appointed as Precinct Committee Members. All County Central Committee members and officers in office on the date the notice of a County Central Committee meeting is published shall be allowed to vote at the meeting.

**III 9.2.** The County Executive Committee shall consist of the elected and appointed officers of the Central Committee. Only Executive Committee members who have been elected or ratified by the County Central Committee shall have voting privileges. The County Executive Committee may also include up to eight (8) At-Large Members appointed by the County Executive Committee. At-Large Members shall be non-voting members. County Executive Committee Members may be invited to attend meetings by telephone or by a video conferencing platform. County Executive Committee Members cannot, however, participate by e-mail, text message or social media stream.

**III 9.3.** In the event the County Chairman is also a Precinct Committeeman or Precinct Committeewoman, shall be entitled to vote as a Precinct Committeeman or Precinct Committeewoman.

**III 9.4.** All elected officers in the positions of Chair, Vice Chair, State Committeeman, State Committeewoman, Secretary, and Treasurer shall be permitted to vote if they are not Precinct Committee Representatives. No person may vote more than once, with the exception of proxy votes, regardless of how many positions they hold. The chair may vote on all matters decided by a secret ballot vote or in cases where his vote will alter the outcome.

**III Section 10. Conduct of County Central Committee Meetings.**

**III 10.1.** Presiding Officer. The County Chairman shall preside over all meetings of the County Central Committee.

11

**III 10.2.** <u>Voting by Chairman</u>. If two (2) consecutive tie votes on a question occur, the County Chairman shall, at his discretion, exercise his right to vote as Chairman as provided by the current edition of Robert's Rules of Order Newly Revised to break the tie or to decide the vote casting lots.

**III 10.3.** County Central Committee Meetings will be run according to the County Bylaws or, when the bylaws do not apply, according to the current edition of Robert's Rules of Order Newly Revised.

## III Section 11. Proxy Votes.

**III 11.1.** Vote by proxy may be allowed at a meeting of the County Central Committee. A person holding a proxy for an absent Precinct Committeeman or Precinct Committeewoman must be a resident of the same Precinct as the member he represents and be a registered Republican. No person shall be allowed to vote more than two (2) proxies.

**III 11.2.** A signed proxy shall be deemed valid if delivered to the Chairman or the Secretary or in person and the sender can be clearly identified as a qualified voting member of the body.

## III Section 12. County Shares.

**III 12.1.** County shares are a mandatory payment to the State Party biennially to defer the costs of operations including data production, informational support, networking, and other work produced by the State Party in support of County Party function and activity. County parties that intentionally fail to pay, as determined by the State Executive Committee, at least half of their County Shares, by mid-term will negate a County Party from receiving the products, services, and support of the State Party for the duration of the following biennium or until all past shares are paid in full. Delegates to the State Convention will be reduced in proportion to the percentage of shares unpaid.

**III 12.2.** County shares are calculated as a baseline of $1,000 per County plus a pro-rated amount of the Biennial Operational Budget based upon the percentage of registered Republicans as of January 1st of each odd-numbered year in each County.

**III 12.3.** County shares shall be used for the expenses of the State Party, including but not limited to, informational products for managing issues, building rental fees for meetings, and executive director expenses, and may not be used for candidate funding or campaign expenses.

**III 12.4.** The Wyoming State Party Chairman may enter into negotiations with any County in arrears in their shares in an effort to bring them current. Any agreement shall be ratified by the State Central Committee.

**III Section 13. County Party Adoption.** County parties must adopt and follow the language of this article verbatim. County parties are authorized to add processes to, but not award itself additional powers, nor take away from, or contradict, the specific language of this article.

12

# Article IV • County Convention

## IV Section 1. Membership.

**IV 1.1.** Delegates to the County Convention shall be the members of the County Central Committee and those chosen by caucuses of the several Precincts within each County. All County Convention Delegates and Alternates shall at the time of the call for the County Convention be residents of the Precinct they represent and registered Republicans.

**IV 1.2.** If the prescribed number of Delegates and Alternates is not duly elected by Precinct Caucuses in certain Precinct(s), the County Chairman with approval of the majority of the County Executive Committee is authorized to appoint the prescribed number of Delegates and Alternates from the precinct(s) to the County Convention. The County Chairman shall seek suggestions for such appointments from the Caucus Chairman.

**IV 1.3.** Each Precinct Caucus may also choose alternate Delegates equal in number to its allotted Delegates and shall designate the priority in which the Alternates shall replace absent Delegates.

**IV 1.4.** If Precinct Committeeman or Committeewoman vacancies exist at the time of the Precinct Caucus, the Precinct Caucus may elect Delegates equal in number to the vacancies.

## IV Section 2. Precinct Caucus.

**IV 2.1.** Precinct Caucuses shall be held not less than ten (10) days prior to the County Convention.

**IV 2.2.** The County Chairman shall issue the call for the Precinct Caucuses by publishing a notice of the number of Delegates to be selected from each Precinct, the date, time, and place for each caucus, by any means, physical or electronic, reasonably calculated to give actual notice to the electors in the County not less than ten (10) days prior to the Precinct Caucuses.

**IV 2.3.** Several Precinct Caucuses may be held in a single location. All Republicans who have registered within the precinct at the dates of the call of the Precinct Caucus shall be entitled to participate and vote at the Precinct Caucus.

**IV 2.4.** Proof of such residence and registration shall be by the County Clerk's, or the Secretary of State's voter list as of the date of the call of the Precinct Caucus.

## IV Section 3. Apportionment of Precinct Delegates to County Convention.

**IV 3.1.** The County Executive Committee shall designate the total number of delegates to be elected to the County Convention. The minimum number shall equal the total number of duly elected Precinct Committeemen and Precinct Committeewomen across all Precincts, plus one-half (½) of that total (i.e., for every two Precinct Committee Members, one additional delegate slot).

**IV 3.2.** The Delegates to which each Precinct shall be entitled at the County Convention shall be determined, as nearly as possible, in proportion to the total number of registered Republicans in each Precinct as of January 1st in even-numbered years.

**IV 3.3.** Each Precinct shall be entitled to at least two (2) Delegates.

**IV Section 4. Conduct of Precinct Caucuses.**

**IV 4.1.** Either a Precinct Committeeman or Precinct Committeewoman in attendance at the Precinct Caucus shall be elected Caucus Chairman by those in attendance and qualified to vote in that Precinct.

**IV 4.2.** In the event there is neither a Precinct Committeeman nor a Precinct Committeewoman in attendance, those assembled and qualified to vote shall elect from among them a person to serve as Caucus Chairman.

**IV 4.3.** The Caucus Chairman shall take nominations of qualified Republicans residing within the Precinct to be Delegates or Alternates to the County Convention and shall call for any Resolutions, Platform planks or County or State Bylaw changes to come before the caucus.

**IV 4.4.** The election of Delegates and Alternates shall be by secret ballot, if desired by anyone in attendance at the Precinct Caucus.

**IV 4.5.** The Caucus Chairman shall, within the next five (5) days after the date the caucus is held, certify in writing to the County Chairman the names of those elected Delegates and Alternates to the County Convention from that Precinct.

**IV Section 5. Meeting.** The State Central Committee shall determine the date(s) of the County Conventions consistent with State Statutes and the Rules of the Republican National Committee.

**IV Section 6. Notice of Meeting.** Notice of the County Convention shall be given by publishing, a notice by any means, physical or electronic, reasonably calculated to give actual notice to the electors in the County, no later than fifteen (15) days prior to the County Convention.

**IV Section 7. Powers.**

**IV 7.1.** The Delegates to a County Convention shall have, but not be limited to, the following powers:

**IV 7.1.a.** To adopt or amend the Bylaws of the County Party.

**IV 7.1.b.** To elect delegates and alternates to the Republican National Convention as provided by Article VI, Section 11 of the Wyoming Republican Party.

**IV 7.1.c.** To adopt Resolutions and Platform planks which shall be submitted to the State Convention.

**IV 7.1.d.** To propose changes to the State Party Bylaws, which shall be submitted to the State Convention.

**IV Section 8. Conduct of County Convention.**

**IV 8.1.** Presiding Officer. The County Chairman properly elected at the prior March meeting of the County Central Committee, his successor, or his designee, shall serve as Chairman of the County Convention. If two (2) consecutive tie votes on a question occur, the County Chairman, at his discretion, shall either vote to break the tie or decide the vote by casting lots, whether or not he is a Delegate to the County Convention.

14

**IV 8.2.** Quorum. Those Delegates attending a properly called County Convention shall constitute a quorum.

**IV 8.3.** Proxy Votes. Vote by proxy shall not be allowed at a County Convention.

**IV 8.4.** Unit Rule. The unit rule method of voting shall not be adopted by any County Convention.

**IV Section 9. Committees.**

**IV 9.1.** Credentials Committee shall act at the County Convention. A Bylaws Committee, Platform Committee, Resolutions Committee, Nominating Committee and other committees as provided by County Bylaws may act at the County Convention. The powers and duties of committees, if formed, shall be as follows:

**IV 9.1.a.** <u>Credentials</u>. The Credentials Committee shall consist of the County Secretary and other members appointed by the County Chairman. The committee shall be responsible for examining and certifying credentials of all Delegates and Alternates to the County Convention.

**IV 9.1.b.** <u>Bylaws</u>. The Bylaws Committee, if formed, shall consist of members appointed by the County Chairman. The Committee shall meet at least one (1) week prior to the County Convention or as provided by County Bylaws to draft and propose revisions to the County and/or State Bylaws to be presented to the County Convention. However, nothing shall preclude any Delegate from submitting additional County or State Bylaw revisions from the floor, in writing, at the County Convention.

**IV 9.1.c.** <u>Platform</u>. The Platform Committee, if formed, shall consist of members appointed by the County Chairman. The Committee shall meet at least one (1) week prior to the County Convention or as provided by County Bylaws, to draft platform proposals pertaining to timeless principles of the Republican Party to be presented to the County Convention. However, nothing shall preclude any Delegate from submitting additional platform proposals from the floor, in writing, at the County Convention.

**IV 9.1.d.** <u>Resolutions</u>. The Resolutions Committee, if formed, shall consist of members appointed by the County Chairman. The committee shall meet at least one (1) week prior to the County Convention or as provided by County Bylaws. The Committee shall be responsible for drafting and revising resolutions, acting on specific issues of the day, governed by the principles articulated in the Party Platform to be presented to the County Convention. However, nothing shall preclude any Delegate from submitting additional resolutions from the floor, in writing, at the County Convention.

**IV 9.1.e.** <u>Nominating</u>. The Nominating Committee, if formed, shall consist of members appointed by the County Chairman. The committee shall meet at least one (1) week prior to the County Convention or as provided by County Bylaws, to prepare a slate of nominations for Delegates and Alternates to the State Convention to be presented to the County Convention. In any year in which the Republican National Convention will be called, the committee may, at its meeting prior to the County Convention, prepare a slate of nominations for Delegates and/or Alternates to the Republican National Convention (as designated by Article VI, Section 8 of these Bylaws) to be presented to the County Convention. However, nothing shall preclude any Delegate from submitting additional qualified nominations from the floor at

15

the County Convention. All names submitted by the Nominating Committee must be voted on by secret ballot along with any other nominations from the floor.

**IV 9.2.** Platform amendments, Resolutions, and Bylaws amendments adopted at the County Conventions shall be submitted to the Executive Director of the State Party no later than thirty days prior to the State Convention. Failure to submit the adopted Platform and Bylaws amendments, and Resolutions by this deadline may result in those not being considered by State Convention Committees.

**IV Section 10. Order of Business.**

**IV 10.1.** The order of business at the County Republican Convention shall be as follows:

**IV 10.1.a.** Call to order by the County Chair

**IV 10.1.b**. Prayer

**IV 10.1.c.** Pledge of Allegiance

**IV 10.1.d.** Report of the Credentials Committee

**IV 10.1.e.** Report of the Bylaws Committee

**IV 10.1.f.** Report of the Platform Committee

**IV 10.1.g.** Report of the Resolutions Committee

**IV 10.1.h.** Report of the Nominating Committee

**IV 10.1.i.** Elections

**IV 10.1.j.** Other Business

**IV 10.1.k.** Adjournment

**IV 10.2.** After the Convention is convened, and the adoption of the Credentials Committee Report, the order of business may be changed by a majority vote of the Delegates.

**IV Section 11. Election of Delegates to the State Convention.**

**IV 11.1.** Delegates to the State Convention shall be elected at the County Convention. All County Chairmen, State Committeemen and State Committeewomen are automatically delegates to the State Convention. Each County Convention shall also elect Alternate Delegates equal in number to its allotted Delegates and shall designate the priority in which the Alternates shall replace absent Delegates. Each Delegate and Alternate shall be a resident of the County represented and shall be registered Republicans as of the date of the call for the County Convention.

**IV 11.1.a**. Election of delegates is determined by the highest number of votes each individual receives by secret ballot. Alternates are then elected in like manner on a separate ballot.

**IV 11.1.b.** Nominations for both delegates and alternates must be allowed from the floor.

16

**IV 11.1.c** The names of the Delegates and Alternates and the priority of the Alternates shall be certified and submitted by each County Chairman to the State Chairman not later than thirty (30) calendar days before the State Convention.

**IV 11.1.d.** Each County must appoint a delegate to serve as Delegation Chairman who will serve as the manager of their County Delegation on the convention floor for the purpose of voting and other matters as requested by the Convention Chairman.

**IV Section 12. Roll Call Votes.**

**IV 12.1.** A roll call vote ("Yeas" and "Nays") or a secret ballot vote upon any question presented at the County Convention may be ordered by the County Chairman or can be compelled by a majority vote of the Delegates.

**IV 12.2.** A request for a roll call vote or a secret ballot vote must be sought before the question is first voted upon. The preceding in no way interferes with the right of a Delegate to request a standing vote on questions presented to the County Convention.

**IV Section 13.** County Parties must adopt and follow the language of this article. County Parties are authorized to add processes to, but not award itself additional powers, nor take away from, or contradict, the specific language of this article.

# Article V • State Central Committee

**V Section 1. Membership.**

**V 1.1.** The Republican State Central Committee shall consist of the properly elected State Committeeman, State Committeewoman, and Chairman of each County Central Committee.

**V 1.2.** The National Committeeman, National Committeewoman, State Chairman, State Vice Chairman and State Secretary shall also be members of the State Central Committee.

**V 1.3.** Members of the State Central Committee shall serve and be entitled to vote at all properly called State Central Committee meetings for a term of two (2) years or until their successors are properly elected or appointed and ratified excepting the National Committee Woman and National Committee Man who are elected and serve a four-year term.

**V 1.4.** In any event, no member of the State Central Committee shall be able to exercise more than one vote, except in the case of proxy votes.

**V 1.5.** Members of the State Central Committee, upon election or appointment to their respected position granting them membership to the Wyoming Republican Party State Central Committee, shall sign a statement of nondisclosure outlining the definition of confidentiality and binding any member to adhere to stated definition for instances such as executive session, disciplinary proceedings, political plan briefings, presidential campaign representative visits, election related budgetary discussions, or any item deemed 'Confidential' by the State Chairman and ratified by the State Central Committee or by majority vote of the State Central Committee and those that violate the confidentiality of the executive session shall

17

be subject to discipline by the State Central committee by being excluded from Executive session for the duration of their term of office, or until reinstated by 2/3 vote of State Central Committee.

**V 1.6.** The State Central Committee shall be composed of such members, selected in such a manner, as the Party shall determine in these Bylaws. The Party is not bound by any State Statutory formula for committee composition, apportionment, or member qualifications. The State Central Committee reserves the right to create, at its sole discretion, additional voting memberships on any committee, except the Executive Committee, including at-large, ex-officio, or appointed positions, to best serve the interests of the Party.

**V Section 2. Meetings.**

**V 2.1.** A meeting of the Republican State Central Committee shall be held between April 1st and May 15th in odd-numbered years for the purpose of organizing and electing the State Chairman, State Vice Chairman, and State Secretary.

**V 2.2.** The date and place of the meeting shall be determined by the current State Chairman. The State Executive Committee may decide that any meeting of the State Central Committee may be held by video or telephone conference in the event of a declared County or State Emergency. State Central Committee meetings may permit member attendance by video or telephone conference for reasons of distance, disability, or weather.

**V 2.3.** Additional meetings may be called upon the request of the State Chairman or upon written request of twenty-five percent (25%) of the State Central Committee members.

**V 2.4.** During election years a meeting of the State Central Committee shall be held after the Primary Election and prior to the General Election to consider recommendations of the candidate recruitment committee and to authorize monies to be spent for candidates who substantially uphold the platform of the Wyoming Republican Party in the General Election.

**V 2.5.** Notice of the time and place for all meetings shall be provided to each member of the State Central Committee by the State Chairman or his designee not less than fourteen (14) days before the meeting.

**V Section 3. Procedure for Election of State Party Officers.**

**V 3.1.** Nominations for the State Party officers shall occur in the following order: State Secretary, State Vice Chairman and State Chairman. Unless changed by majority vote of the members of the State Central Committee.

**V 3.2.** Nominations for the offices of State Chairman, State Vice Chairman and State Secretary shall not require a second. After nominations are closed, candidates for the offices of State Chairman, State Vice Chairman and State Secretary may address the State Central Committee in the order in which they were nominated for their respective offices.

**V 3.3.** A majority vote of the State Central Committee members present in person or by proxy shall be necessary for election.

**V 3.4.** The election of officers shall be by secret ballot and the number of votes cast for each candidate shall be announced. However, if there is only one candidate nominated for an office, the State Central Committee may order a unanimous ballot cast in favor of the lone nominee.

**V 3.5.** Should no candidates receive a majority after one (1) ballot, then a run-off shall take place between the two (2) candidates with the most votes.

**V 3.6.** Should a tie vote for an office result three (3) times in a row, then the tie shall be broken by casting lots.

**V Section 4. Powers.**

**V 4.1.** The State Central Committee (SCC) shall have exclusive authority to manage, control, and direct all affairs of the Wyoming Republican Party between State Conventions. The SCC shall have the power to: (a) Elect its own officers and fill vacancies in state offices without limitation by external laws; (b) Adopt rules for governance that are consistent with these Bylaws; (c) Promote the election of Republican candidates consistent with Party principles; (d) Establish and oversee committees as necessary for efficient Party operation; (e) Determine and govern the form and enforcement of pledges by Republican candidates; (f) Exercise all other powers inherent in the self-governing authority of a private political association.

**V 4.2.** The Central Committee shall adopt standing rules for meetings held electronically, including notice requirements.

**V Section 5. Quorum.** One-half of the members elected to the State Central Committee shall constitute a quorum. Members in attendance in person or by proxy shall be counted towards a quorum.

**V Section 6. Proxy Votes.**

**V 6.1.** Votes by proxy shall be allowed at a meeting of the State Central Committee. A person holding a proxy for an absent State Central Committee member must be a resident of the same County as the member he represents and a registered Republican. No person shall be allowed to vote more than two (2) proxies.

**V 6.2.** Proxy holders shall exercise full rights under Article II, Section 7. They shall not be allowed to vote that proxy during Executive Session or in any Disciplinary proceeding. The State Central Committee has the authority to restrict admittance to an Executive Session or Disciplinary proceeding to valid members of the State Central Committee.

**V Section 7. State Party Officer Vacancies.** A vacancy in a State Central Committee office shall occur in case of death, resignation, removal of residence from the State, inability to act, as determined by the State Central Committee, or failure to elect at a regularly scheduled election.

**V Section 8. Officers.**

**V 8.1.** Officers of the State Central Committee shall consist of a State Chairman, State Vice Chairman, and Secretary, elected by the State Central Committee and a Treasurer, appointed by the State Chairman.

19

**V 8.2.** The State Chairman shall appoint as many Committee Chairmen and Committee Members as he deems in the best interest of the Party.

**V 8.3.** None of the foregoing officers, Committee Chairmen or Committee Members need be members of the State Central Committee, but each must be registered in the Party and a resident of the State.

**V 8.4.** A vacancy in any of the appointed positions shall be filled in the same manner as the original selection was made.

**V 8.5.** The Vice Chairman shall become the Chairman in the event of a vacancy in the Chairman position.

**V 8.6.** A vacancy in the Vice Chairman or Secretary position shall be filled by election held by the State Central Committee within one hundred twenty (120) days after the effective date of the vacancy.

**V 8.7.** Conflict of Interest

**V 8.7.a.** No member of the State Executive Committee, elected or appointed, may employ any immediate family member without the approval of the State Central Committee.

**V 8.7.a.(i).** "Employ" means the placement of a family member into the State Republican party structure in any capacity by appointment, employment or by contract.

**V 8.7.a.(ii).** "Immediate Family Member" includes any direct family relationship such as but not limited to: spouse, parent-child, grandparent-grandchild, brother or sister.

**V 8.7.a.(iii).** The consideration of an "immediate family member" for appointment, employment or contract services must be approved by the State Central Committee by secret ballot with two thirds of the State Central Committee quorum.

**V 8.7.b.** No immediate family member of a State Executive Committee member may be elected to, appointed to or employed by the State Republican Party Structure without the approval of the State Central Committee. The State Central Committee must approve such an appointment, election or employment by secret ballot with two thirds of the State Central Committee quorum.

**V 8.8.** Any State Officer of the Wyoming Republican Party may be removed for cause from their position by a vote of two thirds majority of the State Central Committee represented at a properly called meeting.

**V Section 9. Duties of Officers.**

**V 9.1.** <u>State Chairman</u>. In addition to the duties with which he is charged by statute, the State Chairman shall be the chief executive officer of the Party. He shall preside over all meetings of the State Central Committee and the State Executive Committee. When presiding over the State Central Committee or the State Executive Committee, he shall vote only in case of a tie. He shall carry out policies established by the State Central Committee. In the event of an emergency, he shall determine courses of action, which shall be referred to the State Executive Committee for ratification as soon as convenient. He shall have the general powers of administration customarily vested in the office of chairman.

20

**V 9.2.** <u>State Vice Chairman</u>. The State Vice Chairman shall assist the State Chairman in the duties of this office and shall perform other duties assigned to him by the State Chairman. He shall perform the duties and exercise the powers of the State Chairman during the State Chairman's absence or disability.

**V 9.3.** <u>State Party Secretary</u>. The State Party Secretary or his designee shall keep the minutes of all meetings of the State Central Committee, State Convention, and the State Executive Committee. He shall perform other duties assigned to him by the State Chairman and those prescribed in the current edition of Robert's Rules of Order Newly Revised.

**V 9.3.1.** Meeting minutes, once adopted by the governing body must be maintained for a period of 10 years. A record of meeting minutes must be maintained by the governing body secretary and made available upon request of any State Central Committee member.

**V 9.4.** <u>State Party Treasurer</u>. The State Party Treasurer shall be responsible for all money received and disbursed by the State Republican Party. He shall perform other duties assigned to him by the State Chairman.

## V Section 10. Executive Committee.

**V 10.1.** The Executive Committee of the State Central Committee shall consist of the officers of the State Central Committee, the seven district representatives as specified in subsection 10.2, and any other members appointed by the State Chairman. The committee shall meet upon call of the State Chairman with at least five (5) days notice. It shall carry out policies established by the State Central Committee, and between meetings of the State Central Committee, shall exercise the powers of the State Central Committee.

**V 10.2.** The counties of the State of Wyoming are divided into seven (7) districts, as shown. Those members of the State Central Committee from each respective district shall elect a State Central Committee Member from that district to serve as representative and one (1) district alternate.

**V 10.2.a.** District #1 Albany, Laramie, Platte

**V 10.2.b.** District #2 Carbon, Sweetwater, Uinta

**V 10.2.c.** District #3 Lincoln, Sublette, Teton

**V 10.2.d.** District #4 Converse, Fremont, Natrona

**V 10.2.e.** District #5 Big Horn, Hot Springs, Park, Washakie

**V 10.2.f.** District #6 Campbell, Johnson, Sheridan

**V 10.2.g.** District #7 Crook, Goshen, Niobrara, Weston

**V 10.3.** In the event of a vacancy among the district representatives, the alternate for that district shall succeed immediately. The State Central Committee members of that district shall elect a new alternate within 30 days of the vacancy.

21

**V 10.4.** Only the officers of the State Central Committee, the National Committeewoman, National Committeeman and the seven (7) elected District Representatives or Alternates shall be entitled to vote in the Executive Committee. Vote by proxy shall not be allowed.

**V 10.5.** At no time may meetings, including Executive meetings of the State Executive Committee, be closed to members of the State Central Committee.

**V 10.6.** The Central Committee may elect honorary members to the Executive Committee. Honorary membership shall be a non-voting honorary position. The Central Committee may impose a term of the honorary office or elect for life. Liaisons to/from the Wyoming State Senate and House of Representatives shall be Honorary Members of the Executive Committee.

**V Section 11. Budget and Audit Committee.**

**V 11.1.** The Budget and Audit Committee of the State Central Committee shall consist of the State Chairman, the State Party Treasurer who shall chair as a non-voting member of the committee, and at least five (5) members at-large appointed by the State Chairman and approved by the State Central Committee. The committee shall meet on a regular basis upon call of the Chairman of the Budget and Audit Committee, but no less than monthly, with a notification to the State Party Central Committee members. The Committee shall be governed by policies established by the State Central Committee. Members at-large shall serve four-year staggered terms and members may be reappointed. Initial terms for two of the members at- large shall be for two years.

**V 11.2.** Reports from the committee shall be provided to the State Central Committee no fewer than seven (7) days prior to any State Central Committee meeting.

**V Section 12. Site Selection Committee.** The Site Selection Committee shall consist of at least 3 and not more than seven 7 registered Republicans of the Wyoming electorate appointed by the State Chairman

**V 12.1.** The Site Selection Committee is responsible for formulating all applicable documents related to the quarterly State Party Central Committee meetings, determining application periods, accepting applications, providing recommendation to the State Chairman.

**V 12.2.** In the event no County Party applies to host during the designated application period see 12.4 below

**V 12.3.** If a County Party can no longer fulfill their obligation to host after being selected see 12.3 below

**V 12.4.** The State Executive Team in conjunction with the Site Selection Committee are required to ensure the business of the party continues. When an alternate host is required and time allows, the State Executive team will notify all counties and allow new bids with the winner being selected by the State Chairman under special Emergency powers.

**V 12.5.** When an alternate host is required, and time does not allow or another bid letting the State Executive team in conjunction with the Site Selection Committee will assume the full duties and responsibility of arranging an alternate location with all proceeds of that meeting to be added to the State Party's operating budget.

22

**V Section 13. Other Committees.** The State Central Committee may select other committees and sub-committees as it from time to time may determine as proper. However, said committees shall have no power to spend monies or to take any action other than to recommend to the State Central Committee a course of action that may be delegated to said committees.

**V Section 14. Committee Governance.**

**V 14.1.** The Executive Committee, and/or the Budget and Audit Committee may meet/hold meetings electronically that are open to the public pursuant to standing rules adopted by the State Central Committee. Committees other than the State Central Committee as may exist from time to time may meet electronically if authorized to do so by standing rule or by express grant of power to do so in their establishing document. Meetings held electronically shall maintain a deliberative character.

**V 14.2.** Reports from all committees shall be provided to the State Central Committee no fewer than seven (7) days prior to any State Central Committee meeting.

**V Section 15. Presidential Straw Poll.** The State Central Committee may cause a straw poll or a caucus vote for Presidential candidates to be held statewide of each Presidential election year in accordance with Republican National Committee rules.

**V Section 16. Executive Director and Employees of the State Republican Party.**

**V 16.1.** The State Central Committee shall develop and maintain a policy and procedures manual that will contain all duties and responsibilities of the Executive Director and employees.

**V 16.2.** Appointment and Contract Terms for Executive Director
The Executive Director shall be appointed by the State Chairman and ratified by the State Central Committee. The initial contract term shall be four (4) years, renewable upon mutual agreement. Compensation, benefits, and performance metrics shall be specified in the contract, subject to committee approval. The State Central Committee shall review the Executive Director's contract every four (4) years, or sooner if requested by the State Chairman or a two-thirds vote of the State Central Committee. Reviews shall evaluate performance against duties in Section 16.1, party goals, and financial outcomes. Renewal, modification, or termination shall follow this review within 90 days.

# Article VI • State Convention

**VI Section 1. Convention and Call.**

**VI 1.1.** The date, time and place of convening shall be determined by the State Central Committee.

**VI 1.2.** The State Chairman shall call a State Convention by filing notice in the office of the Secretary of State and each County Clerk not later than twenty (20) days before the convention. The notice shall state the total number of Delegates and Alternates, and the number of Delegates to which each County is entitled.

**VI 1.3.** If the State Convention shall elect Delegates or Alternates to the Republican National Convention, notice of the call of the State Convention shall be published in accordance with current State Statute.

23

**VI Section 2. Membership.**

**VI 2.1.** Every County shall receive Six (6) Delegates, then the remaining delegates to which each County shall be entitled at the State Convention shall be determined as nearly as may be in accordance with the total registered Republicans as of January first on even numbered years. Apportionment shall be made by the State Chairman who shall select a divisor which will result in a total number of not less than one hundred fifty (150) Delegates and a like number of Alternates consistent with facilities available for the accommodation of the State Convention.

**VI 2.2.** The State Chairman shall advise each County Chairman of the number of Delegates and Alternates to which his County is entitled no later than twenty-one (21) calendar days prior to the earliest date established by the State Central Committee for the date(s) of the County Conventions (under Article IV, Section 5 of these Bylaws).

**VI 2.3.** Delegates to the State Convention shall be elected at the County Convention. All County Chairmen, State Committeemen and State Committeewomen are automatically delegates to the State Convention. Each County Convention shall also elect Alternate Delegates equal in number to its allotted Delegates and shall designate the priority in which the Alternates shall replace absent Delegates. Each Delegate and Alternate shall be a resident of the County represented and shall be registered Republicans as of the date of the call for the County Convention.

**VI 2.3.a.** Election of delegates is determined by the highest number of votes each individual receives by secret ballot. Alternates are then elected in like manner on a separate ballot.

**VI 2.3.b.** Nominations for both delegates and alternates must be allowed from the floor.

**VI 2.4.** The names of the Delegates and Alternates and the priority of the Alternates shall be certified and submitted by each County Chairman to the State Chairman not later than thirty (30) calendar days before the State Convention.

**VI 2.5.** Each County must appoint a delegate to serve as Delegation Chairman who will serve as the manager of their County Delegation on the convention floor for the purpose of voting and other matters as requested by the Convention Chairman.

**VI Section 3. Voting.** Each Delegate or his Alternate shall be entitled to one (1) vote. Vote by proxy at a State Convention shall not be allowed. The unit rule shall not be adopted by any County Delegation.

**VI Section 4. Powers.**

**VI 4.1.** The Delegates to the State Convention shall have, but not be limited to, the following powers.

**VI 4.1.a.** To adopt and amend the State Party Bylaws

**VI 4.1.b.** To adopt and amend a Platform

**VI 4.1.c.** To adopt Resolutions

**VI 4.1.d.** To elect the Delegates and Alternates not previously selected at County Conventions to the Republican National Convention

24

**VI 4.1.e.** To nominate the electors for President and Vice President of the United States

**VI 4.1.f.** To elect a Republican National Committeeman and Committeewoman.

**VI 4.2.** The Delegates to the National Convention shall vote by secret ballot. Voting for delegates to the National Convention shall be by secret ballot. A confirmation vote of County National Delegates shall be by voice vote.

**VI 4.3.** Should no candidate receive a majority of those voting after one (1) ballot, then a run off shall take place between the two (2) candidates with the most votes.

**VI Section 5. Certification of Presidential Electors and State Party Officers.** The State Chairman and State Secretary shall certify the names of nominees for Presidential Electors and the names of the State Party officers elected, to the Secretary of State, within 48 hours of their election.

**VI Section 6. Quorum.** A majority of the total number of seated Delegates to the State Convention shall constitute a quorum.

**VI Section 7. Committees.** The following committees shall act at the State Convention: Credentials, Bylaws, Platform, Resolutions, and Nominating/Elections. Powers, duties, and membership of these committees shall be as follows.

**VI 7.1.** Credentials**.** The Credentials Committee shall consist of one (1) Delegate from each County. If no Delegate can serve, an Alternate may serve. The committee shall be responsible for examining and certifying credentials of all Delegates and Alternates to the State Convention, and the movement of Alternates to Delegate status. If any County fails to designate a Delegate or Alternate to the Credentials Committee, no Delegates or Alternates to the State Convention elected by that County's convention shall be seated at the State Convention.

**VI 7.2.** Bylaws**.** Except as stated in paragraph 7.1.a, above, the Bylaws Committee shall consist of one (1) Delegate from each County. If no Delegate can serve, an Alternate may serve. The committee shall be responsible for drafting and proposing revisions to the State Bylaws to be presented to the State Convention.

**VI 7.3.** Platform. Except as stated in paragraph 7.1.a, above, the Platform Committee shall consist of one (1) Delegate from each County. If no Delegate can serve, an Alternate may serve. The committee shall be responsible for drafting platform proposals pertaining to timeless principles of the Republican Party to be presented to the State Convention.

**VI 7.4.** Resolutions. Except as stated in paragraph 7.1.a, above, the Resolutions Committee shall consist of one (1) Delegate from each County. If no Delegate can serve, an Alternate may serve. The committee shall be responsible for drafting resolutions and revising existing resolutions acting on specific issues of the day, governed by the principles articulated in the Party Platform to be presented to the State Convention.

**VI 7.5.** Nominating/Elections. Except as stated in paragraph 7.1.a, above, the Nominating/Elections Committee shall consist of two (2) Delegates from each County. If no Delegate(s) can serve, Alternate(s) may serve. The committee shall prepare a slate of nominations for Delegates and Alternates to the

25

National Convention (to be presented to the State Convention), shall determine order of speaking for Republican statewide primary candidates who have notified the State Chairman of their intention to be a candidate, and shall facilitate all elections and voting held during the State Convention under the supervision of the Convention Chairman.

**VI Section 8. Meetings Location.** The State Convention Committees shall meet in the same general site of the convention prior to the State Convention.

**VI Section 9. Notification of Committee Members.** The County Chairman shall notify the State Chairman or his designee of the names of committee members no later than thirty (30) calendar days before the State Convention.

**VI Section 10. Appointment of State Convention Committee Chairman.** The State Chairman shall appoint the State Convention Committee Chairmen. The Committee Chairmen need not be Delegates to the State Convention. The State Chairman shall furnish each State Convention Committee Chairman with the Committee report from the preceding State Convention.

**VI Section 11. National Delegates and Alternates.**

**VI 11.1.** Each County in Wyoming shall be entitled to be represented at the Republican National Convention by a Delegate and an Alternate.

**VI 11.2.** The election of Delegates and Alternates by the Counties at the County Conventions shall be binding upon the State Convention. In the event a County does not elect a delegate or alternate, that position, or positions, shall be elected at large at the State Convention.

**VI 11.3.** The State Chairman, National Committeeman and National Committeewoman are automatically delegates to the Republican National Convention by operation of Rules of the Republican National Convention. However, no alternates shall be selected for the State Chairman, National Committeeman or National Committeewoman.

**VI 11.4.** The remaining number of Delegates and Alternates, if any, to which the State Party is entitled at the Republican National Convention shall be elected at large at the State Convention.

**VI 11.5.** The Nominating/Elections Committee in its report to the State Convention shall nominate one (1) slate whose number of nominees shall be at least the total number of both the available Delegate-at-large and the Alternate-at-large positions.

**VI 11.6.** After the report of the Nominating/Elections Committee has been made and prior to any vote of election, the Convention Chairman shall call for nominations from the floor.

**VI 11.7.** After nominations are closed, a secret ballot vote shall occur.

**VI 11.8.** The Delegates-at-large shall be elected by the equivalent number of nominees receiving the most votes. The Convention Chairman shall break ties by casting lots.

**VI 11.9.** The remaining Alternates-at-large shall be elected and assigned the priority in which they shall serve in descending order according to the number of votes received by the remaining nominees. The Convention Chairman shall break ties by casting lots.

**VI 11.10.** In the event the number of allowable Delegates to the Republican National Convention shall be less than the number of Counties, then the Executive Committee of the Party shall develop one or more alternate selection mechanisms, one of which shall be ratified at the Winter Meeting of the Central Committee in the year that a Republican National Convention is held.

**VI 11.11.** Prior to election, all nominees for Delegates-at-large and Alternates at-large shall inform the State Convention which Republican Presidential candidate they support, if any.

**VI 11.12.** The Delegates to the State Convention may instruct the Delegation to the Republican National Convention, provided the instructions are not in violation of any bylaw, rule, or regulation of the Republican National Convention.

**VI 11.13.** The Republican Governor of the State and Republican Members of Congress, whether or not they are Delegates or Alternates to the Republican National Convention, shall be invited to attend the caucuses of Wyoming's Delegation to the Republican National Convention and to participate in the deliberations of the Republican National Convention and to participate in the deliberations of the Delegation.

## VI Section 12. National Committeeman and Committeewoman

**VI 12.1.** The National Committeeman and National Committeewoman shall serve from the adjournment of the Republican National Convention until the adjournment of the following Republican National Convention, and until their successors shall have been elected and qualified.

**VI 12.2.** A vacancy in the position of National Committeeman or National Committeewoman shall be filled within one hundred twenty (120) days after the effective date of the vacancy, by election, held by the State Central Committee, until the next State Convention, at which time the State Convention shall fill the vacancy by election for the unexpired term of the position.

**VI 12.3.** The term shall conform to the bylaws, rules and regulations of the Republican National Convention.

## VI Section 13. Order of Business.

**VI 13.1.** The order of business at the Republican State Convention shall be as follows:

**VI 13.1.a.** Call to order by the State Chairman

**VI 13.1.b.** Presentation of Temporary Convention Chairman and Secretary

**VI 13.1.c.** Report of Credentials Committee

**VI 13.1.d.** Election of Permanent Convention Chairman and Secretary

**VI 13.1.e.** Report of State Chairman

**VI 13.1.f.** Report of the Bylaws Committee

**VI 13.1.g.** Report of the Platform Committee

**VI 13.1.h.** Report of the Resolutions Committee

27

**VI 13.1.i.** Report of the Nominating/Elections Committee

**VI 13.1.j.** Elections

**VI 13.1.k.** Introduction and Addresses of Declared State-wide Candidates

**VI 13.1.l.** Other Business

**VI 13.1.m.** Adjournment

**VI 13.2.** After the convention is convened, the order of business may be changed by a majority vote of the Delegates. At no time shall the order of business be changed to place introduction and addresses of declared statewide candidates before the business of the party without a vote of 2/3 majority of the delegates seated at the convention.

**VI Section 14. Roll Call Votes.**

**VI 14.1.** A roll call vote ("Yeas" and "Nays") upon any question presented at the State Convention may be ordered by the Convention Chairman or can be compelled by the request of forty percent (40%) of the Delegates by standing vote.

**VI 14.2.** A request for a roll call vote must be sought before the question is first voted upon. The preceding in no way interferes with the rights of a Delegate to request a standing vote on questions presented to the State Convention.

# Article VII • Ratification and Amendments

**VII Section 1. Ratification.** These Bylaws, upon adoption by a majority vote of the Delegates seated to the Republican State Convention, shall repeal and replace all Bylaws that preceded them and shall be binding upon adjournment of the convention at which they are adopted.

**VII Section 2. Amendments**

**VII 2.1**. These Bylaws may be repealed or amended only by a majority vote of the Delegates seated at the Republican State Convention.

**VII 2.2.** Amendments to these Bylaws shall become effective upon adjournment of the convention at which the amendments were approved.

**VII 2.3.** All amendments shall be certified by the State Chairman and State Party Secretary and shall be filed with the Secretary of State within thirty (30) days after adjournment of the State Convention.

# Article VIII • Severability

These Bylaws are severable and, if any portions be declared void, all other portions shall remain binding and effective.

## Article IX • Certification

We do hereby certify that we are respectively the State Chairman and State Party Secretary of the Wyoming Republican Party. It is further certified that the foregoing is a true and correct copy of the Bylaws of the Wyoming Republican Party, adopted at a properly called Republican State Convention held in Douglas, Wyoming on the 25th day of April, 2026, and as amended.

_____ Bryan E. Miller, State Chairman


ATTEST:

_____ Donna Rice, State Party Secretary

29