Caleb C. Wilkins, WSB #7-5527
Coal Creek Law LLC
211 W. 19th Street, Suite 300
P.O. Box 467
Cheyenne, Wyoming 82001
Ph: (307) 634-1525
Fx: (307) 638-7335
cwilkins@coalcreeklaw.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| WYOMING REPUBLICAN PARTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Docket No. 2:26-CV-00177 |
| | ) | |
| CHARLES GRAY, Wyoming Secretary of State, in | ) | |
| His official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY CALEB WILKINS FOR ADMISSION
### *PRO HAC VICE* OF STEPHEN R. KLEIN

COMES NOW, Caleb C. Wilkins, an attorney for the Wyoming Republican Party, the Plaintiff, and hereby moves the Court pursuant to Local Rule 84.2(b) for leave for Stephen R. Klein to appear *pro hac vice* in this Court for the limited purposes of the above-captioned action.

In support of the motion to appear *pro hac vice*, I submit the following for consideration by the Court:

1.      Stephen Klein's office mailing address is Barr & Klein PLLC, 1629 K St NW Ste. 300, Washington, DC 20006. His office telephone number is (202) 804-6676. His e-mail address is steve@barrklein.com.

2.      I am a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

3.      To the best of my knowledge and belief, I vouch for the good moral character and

1

veracity of Stephen Klein.

4.    I shall be fully prepared to represent the clients at any time, in any capacity.

WHEREFORE, I pray that Stephen Klein be permitted to appear and participate in the above-captioned cause, *pro hac vice*, on behalf of the Plaintiffs.

DATED this 4th day of June 2026.

*/s/ Caleb C. Wilkins*
Caleb C. Wilkins, WSB #7-5527
Coal Creek Law LLC
211 W. 19th Street, Suite 300
P.O. Box 467
Cheyenne, Wyoming 82001
Phone: (307) 634-1525
Facsimile: (307) 638-7335
cwilkins@coalcreeklaw.com