Caleb C. Wilkins, Wyo. Bar. No. 7-5527
Coal Creek Law LLC
211 W. 19th Street, Suite 300
P.O. Box 467
Cheyenne, Wyoming 82001
Phone: (307) 634-1525
Facsimile: (307) 638-7335
cwilkins@coalcreeklaw.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

|  |  |  |
|---|---|---|
| WYOMING REPUBLICAN PARTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  2:26-CV-00177 |
| | ) | |
| CHARLES GRAY, Wyoming Secretary of State, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF STEPHEN R. KLEIN IN SUPPORT OF
ADMISSION *PRO HAC VICE***

I, Stephen Klein, in support of Caleb Wilkins's motion for leave that I may appear *pro hac vice* in this Court for the limited purposes of the above-captioned action, submit the following for consideration by the Court.

1.      My name is Stephen Ralph Klein. I am an attorney with the law firm Barr & Klein PLLC, office mailing address 1629 K St NW, Ste. 300, Washington, DC 20006, telephone number (202) 804-6676, e-mail address steve@barrklein.com.

2.      I am an active member in good standing of the bars of the District of Columbia (2018), Michigan (2011) and Illinois (2009). I am also a member in good standing of the United States District Courts for the District of Columbia (2018), the Eastern District of Michigan

1

(2017), the District of Colorado (2016), the Western District of Michigan (2016), and the

Northern District of Illinois (2012). I am also a member in good standing of the United States

Courts of Appeal for the D.C. (2019), First (2017), Second (2022), Fourth (2018), Fifth (2023),

Sixth (2016), Seventh (2017), Eighth (2023), Ninth (2021), and Tenth (2012) Circuits, and the

United States Supreme Court (2014).

3.      I have not been disciplined or sanctioned by any bar and there are no pending

disciplinary proceedings against me.

4.      I will comply with and be bound by the Local Rules of the United States District

Court for the District of Wyoming.

5.      Local counsel Caleb Wilkins is fully prepared to represent the Plaintiff at any

time, in any capacity.

6.      I will submit to the disciplinary jurisdiction of the Court for any alleged

misconduct arising in the course of preparation and representation in these proceedings.

Under penalties of perjury, I declare that the above information is true, correct, and

complete, to the best of my knowledge and belief.

<div style="margin-left: 50%;">

Respectfully submitted,

Stephen R. Klein
BARR & KLEIN PLLC
1629 K St NW Ste. 300
Washington, DC 20006
(202) 804-6676
steve@barrklein.com

</div>

May 12, 2026

2