**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| WYOMING REPUBLICAN PARTY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Docket No. 2:26-CV-00177 |
| | ) | |
| CHARLES GRAY, Wyoming Secretary of State, in | ) | |
| His official capacity, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER ADMITTING STEPHEN R. KLEIN *PRO HAC VICE*

Upon consideration of the Motion of Caleb Wilkins for the admission of Stephen R. Klein to appear before this court *pro hac vice*, and the attached declaration of Stephen R. Klein in support thereof,

IT IS HEREBY ORDERED that the motion of Caleb Wilkins for the admission of Stephen R. Klein to appear before this court *pro hac vice* is granted; and it is

FURTHER ORDERED, that Stephen R. Klein be and is hereby permitted to appear in the above-captioned cause *pro hac vice* on behalf of the plaintiff.

DATED this _____ day of _____, 2026.

_____
United States District Judge

1