AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Wyoming

| | |
|---|---|
| Wyoming Republican Party | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   26-CV-177 |
| Charles Gray, Wyoming Secretary of State | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Wyoming Republican Party                                                                     .

Date:        6/5/2026                                          /s/ Stephen Klein
                                                              *Attorney's signature*

                                                    Stephen R. Klein (pro hac vice)
                                                    *Printed name and bar number*
                                                    Barr & Klein PLLC
                                                    1629 K St NW Ste 300
                                                    Washington, DC 20006

                                                    _____
                                                              *Address*

                                                    steve@barrklein.com
                                                    *E-mail address*

                                                    (202) 804-6676
                                                    *Telephone number*

                                                    (202) 804-6676
                                                    *FAX number*

Print    Save As...                                                    Reset